HOCKEYLINE, INC., Appellant

v.

STATS LLC, Appellee

2016–1403

United States Court of Appeals, Federal Circuit.

November 4, 2016

JASON S. ANGELL, Freitas Angell & Weinberg LLP, Redwood City, CA, argued for appellant. Also represented by ROBERT E. FREITAS, DANIEL J. WEINBERG.

AARON ROSS FEIGELSON, Leydig, Voit & Mayer, Ltd., Chicago, IL, argued for appellee. Also represented by DAVID AIRAN, WESLEY OTTO MUELLER.

### JUDGMENT

Per Curiam (Moore, Wallach, and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.